Marion B. Elliott, Appellant, *v.* Joseph H. Amy, Respondent.

Argued October 1, 1947; decided October 16, 1947.

*Frank H. Towsley* and *Frederick C. Bangs* for appellant.

*Leonard H. Steibel, Bernard B. Smith* and *Nelson Seitel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.